Formatted for Electronic Distribution                                                                 Not for Publication

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF VERMONT

In re:

**Robert Sheridan,**                                                                                 **Chapter 13 Case**
                    **Debtor.**                                                                       **# 10-10321**

### ORDER
### GRANTING MOTION FOR RELIEF FROM STAY AND
### SETTING DEADLINE FOR AMENDED PLAN AND DATE FOR CONTINUED CONFIRMATION HEARING

For the reasons set forth in the memorandum of decision of even date, IT IS HEREBY ORDERED that the motion for relief from stay filed by Sovereign Bank (doc. # 10) is granted.

IT IS FURTHER ORDERED that the Debtor shall amend his chapter 13 plan (doc. # 33) within 14 days to accord with the memorandum of decision.

IT IS FURTHER ORDERED that the continued chapter 13 confirmation hearing shall be held at **2:00 p.m. on September 16, 2010**, at the United States Bankruptcy Court, the Opera House, in Rutland, Vermont.

SO ORDERED.

August 13, 2010                                                                    Colleen A. Brown
Burlington, Vermont                                                              United States Bankruptcy Judge

Filed & Entered
On Docket
August 16, 2010